**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Miguel Zaragoza Fuentes

Appellate case number:   01-16-00366-CV

Trial court case number: 2014-30215

Trial court:                      245th District Court of Harris County

On August 24, 2016, relator, Miguel Zaragoza Fuentes, filed a motion for rehearing of the opinion issued in this original proceeding. In conjunction with the motion for rehearing, relator filed a request to stay proceedings in the trial court, including a scheduled August 29, 2016 hearing to enter temporary orders, pending resolution of the motion for rehearing. Relator's request to stay the proceedings is **granted.** The hearing scheduled August 29, 2016 to enter temporary orders is ordered stayed until disposition of the motion for rehearing or further order of this Court.

The court requests that real party in interest file a response to the motion for rehearing by no later than **September 2, 2016.**

It is so ORDERED.

Judge's signature: /s/ Jane Bland

                              Acting individually

Date: August 26, 2016